# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**                                                    Bankruptcy Case No.: 17–12560–BLS
Woodbridge Group of Companies, LLC
    Debtor                                Bankruptcy Chapter:  11

_____

Michael Goldberg

    Plaintiff                             Adv. Proc. No.:  19–51079–BLS

    vs.

Albert D. Klager & Atlantic Insurance & Financial
Services Inc.

    Defendant(s)

### ENTRY OF DEFAULT

It appears from the record that the following defendant(s) failed to plead or otherwise defend in this case as required by law.

Defendant's Name: Albert D. Klager & Atlantic Insurance & Financial Services Inc.

Therefore, default is entered against the defendant(s) as authorized by Federal Rule of Bankruptcy Procedure 7055.

*Una O'Boyle*

Una O'Boyle, Clerk of Court

Date: 9/14/20                                    By:  Sherry J. Stiles, Deputy Clerk

(VAN–431)